IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:18-cr-302-DPM

DEMARCUS TATUM     DEFENDANT

ORDER

1. Tatum moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic and the risk it presents to his health if he contracts the virus. *Doc. 35.* Tatum is a black man in his forties who suffers from both HIV and Hepatitis C. He is therefore at high risk if he contracts COVID-19. The United States opposes the motion.

2. The first and dispositive issue is exhaustion. 18 U.S.C. § 3582(c)(1)(A). The Warden of FCI Hazelton denied Tatum's compassionate release request. *Doc. 35 at 3.* But there's no indication that Tatum has exhausted his administrative rights to appeal. 28 C.F.R. §§ 571.63(a)–(d) & 542.15.

This Court has concluded that when a warden timely denies a compassionate release request, the inmate must fully exhaust his administrative remedies before filing a motion in the district court. *United States v. Cox*, Doc. 197 in E.D. Ark. No. 4:98-cr-73-DPM (8 September 2020). Further, this exhaustion requirement is

jurisdictional and can't be waived. *Ibid.* Tatum's motion, *Doc. 35*, is therefore denied without prejudice for lack of jurisdiction.

3. The Court directs the Clerk to send Tatum a copy of the Court's *Cox* opinion with this Order.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 September 2020